**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHNSON & JOHNSON
VISION CARE, INC.,

      Plaintiff and
      Counterclaim Defendant,

vs.                                        Case No. 3:05-cv-135-J-32TEM
                                            Case No. 3:06-cv-301-J-32TEM

CIBA VISION CORPORATION,

      Defendant
      Counterclaim Plaintiff.

_____

**ORDER**

Before the Court are Johnson & Johnson Vision Care, Inc.'s Motion To Seal Pursuant To Protective Order (Doc. 141) and CIBA Vision Corporation's Motion To Seal Pursuant To Protective Order (Doc. 142), both of which cite to the "Protective Order Governing Confidentiality Of Documents" in related case <u>Johnson & Johnson Vision Care, Inc. v. CIBA Vision Corporation</u>, 3:03-cv-800-J-32TEM (Doc. 81)("Protective Order").  It is hereby

**ORDERED**:

Johnson & Johnson Vision Care, Inc.'s Motion To Seal Pursuant To Protective

1

Order (Doc. 141) and CIBA Vision Corporation's Motion To Seal Pursuant To Protective Order (Doc. 142) are **TEMPORARILY GRANTED** as follows:

1. Each party shall file a redacted copy of their dispositive motion and non-confidential exhibits in support of their motion in the public file.[1]

2. Each party is permitted to submit temporarily under seal an unredacted version of their dispositive motion as well as exhibits properly designated as "Confidential." The parties shall each file a Notice in the public file providing an identification and description of each item filed under seal which was properly designated as "Confidential." Local Rule 1.09(b); Protective Order ¶ 1. The Clerk shall maintain these unredacted papers under seal until further Order. At the conclusion of this action, including any appeals, the parties shall address the disposition of these documents filed under seal in accordance with Local Rule 1.09 and Protective Order ¶ 15.

3. Each party shall provide a courtesy copy of their unredacted dispositive motion and all exhibits, including those submitted under seal, to the Court.[2]

---

[1] Johnson & Johnson Vision Care, Inc. has already done so. (Docs. 142-147.)

[2] CIBA Vision Corporation has provided a courtesy copy of its Motion for Partial Summary Judgment to the Court and copies of numerous exhibits. If the courtesy copy provided does not include the "confidential" documents to be filed under seal, CIBA Vision shall supplement this courtesy copy.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of August, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record